## UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| CARIN HARRIS,<br>    Plaintiff, | CASE NO. 13-CV-1124 |
| -v- | HON. GORDON J. QUIST |
| MAGNUM HEALTH AND REHAB<br>OF ALBION LLC, A Foreign Limited<br>Liability Company,<br>Defendant | **STIPULATION TO DISMISS** |

INA R. O'BRIANT (P60968)
Attorney for Plaintiff
P.O. Box 197
Mason, MI  48854
(517) 204-9195

iobriantlaw@yahoo.com

Caroline A. Grech-Clapper, Esq. (P59043)
SECREST WARDLE
Attorneys for Defendant
2600 Troy Center Drive
Troy, MI 48007-5025
(248) 539-2843
cgrech@secrestwardle.com

### STIPULATION TO DISMISS

NOW COMES, CARIN HARRIS, Plaintiff, and MAGNUM HEALTH AND REHAB OF ALBION LLC, Defendant, by and through their respective counsel, do hereby stipulate and agree to entry of the attached Order to Dismiss in this cause this action, with prejudice as the parties entered into a Settlement Agreement and the terms of said agreement have been satisfied in full.

/s/ Ina R. O'Briant (signed electronically)  /s/ Caroline A. Grech-Clapper (signed electronically)
INA R. O'BRIANT  (P60968)                    CAROLINE A. GRECH-CLAPPER (P59043)

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CARIN HARRIS,<br>    Plaintiff, | CASE NO. 13-CV-1124 |
| -v- | HON. GORDON J. QUIST |
| MAGNUM HEALTH AND REHAB<br>OF ALBION LLC, A Foreign Limited<br>Liability Company,<br>Defendant | **ORDER TO DISMISS** |

INA R. O'BRIANT (P60968)
Attorney for Plaintiff
P.O. Box 197
Mason, MI  48854
(517) 204-9195
iobriantlaw@yahoo.com

Caroline A. Grech-Clapper, Esq. (P59043)
SECREST WARDLE
Attorneys for Defendant
2600 Troy Center Drive
Troy, MI 48007-5025
(248) 539-2843
cgrech@secrestwardle.com

**ORDER DISMISSING CASE**

At a session of court held in the
United States District Courthouse in Grand Rapids, Michigan,
on the _____ day of _____, 2014.

Present: <u>HONORABLE GORDON J. QUIST</u>
United States District Court Judge

This matter having come before the court on the parties Stipulation to Dismiss and the court being otherwise apprised of the premises therein:

**IT IS ORDERED:**

- That the case is hereby dismissed, with prejudice as to all parties.

- That this resolves the last pending matter and closes the case.

                                        _____
HONORABLE GORDON J. QUIST
United States District Court Judge


I consent to the entry of this Order.

/s/ Ina R. O'Briant (signed electronically)      /s/ Caroline A. Grech-Clapper (signed electronically)
INA R. O'BRIANT  (P60968)                  CAROLINE A. GRECH-CLAPPER (P59043)