UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| CARIN HARRIS,<br>        Plaintiff, | CASE NO. 13-CV-1124 |
| -v- | HON. GORDON J. QUIST |
| MAGNUM HEALTH AND REHAB<br>OF ALBION LLC, A Foreign Limited<br>Liability Company,<br>Defendant | **ORDER TO DISMISS** |

---

INA R. O'BRIANT (P60968)
Attorney for Plaintiff
P.O. Box 197
Mason, MI  48854
(517) 204-9195
iobriantlaw@yahoo.com


Caroline A. Grech-Clapper, Esq. (P59043)
SECREST WARDLE
Attorneys for Defendant
2600 Troy Center Drive
Troy, MI 48007-5025
(248) 539-2843
cgrech@secrestwardle.com

---

## ORDER DISMISSING CASE

At a session of court held in the
United States District Courthouse in Grand Rapids, Michigan,
on the 20th day of October, 2014.

Present: <u>HONORABLE GORDON J. QUIST    </u>
United States District Judge


	This matter having come before the court on the parties Stipulation to Dismiss and the court being otherwise apprised of the premises therein:

**IT IS ORDERED:**

- That the case is hereby dismissed, with prejudice as to all parties.

- That this resolves the last pending matter and closes the case.

                                                                                                                   `/s/ Gordon J. Quist`
                                                                                                                   HONORABLE GORDON J. QUIST
                                                                                                                   United States District Judge

I consent to the entry of this Order.

| /s/ Ina R. O'Briant (signed electronically) | /s/ Caroline A. Grech-Clapper (signed electronically) |
|---|---|
| INA R. O'BRIANT  (P60968) | CAROLINE A. GRECH-CLAPPER (P59043) |